YOUNG *v.* THE STATE.

LUMPKIN, J.   The grounds of the motion for a new trial assigning no
error on any ruling of the court, but only complaining of the verdict
on the ground that it was contrary to law, evidence, and the weight of
the evidence, and without evidence to support it, and the evidence being
amply sufficient to support the verdict, there was no error in overruling
the motion.                *Judgment affirmed.   All the Justices concur.*

Submitted October 17,—Decided November 8, 1906.

Indictment for murder.   Before Judge Lewis.   Baldwin supe-
rior court.   September 6, 1906.

*John R. Cooper* and *Hines & Vinson,* for plaintiff in error.

*John C. Hart, attorney-general,* and *Joseph E. Pottle, solicitor-
general,* contra.